IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 16 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RANDY SCHAFER; et al.                                    PLAINTIFFS

VS                              4:10-CV-167-~~BSM~~  BTE

BAYER CROPSCIENCE LP; et al.                             DEFENDANTS

## EMERGENCY MOTION TO REMAND

COME NOW the Schafer Plaintiffs in the above-style case and move the Court to remand this case to the Circuit Court of Lonoke County with all due speed. As grounds for said motion, Plaintiffs state as follows:

1. The Defendants filed this notice of removal on the eve of trial with more than 20 lawyers in town to try the *Schafer* case for a month in Lonoke County. The Circuit Court has requested 250 jurors report on Thursday for voir dire. The parties were in the middle of arguing pre-trial motions when this notice of removal was filed. The Circuit Court has indicated that it will hold its calendar allowing the Plaintiffs to seek an emergency remand and keep the case on schedule.

2. Removal in this case was improper pursuant to the 28 U.S.C. § 1446 (b) which provides that a case may not be removed on the basis of jurisdiction conferred by § 1332 of this title more than one year after the commencement of this action.

3. The one year issue was fully briefed by the parties in September and October of this year on the very same case. *See* Case No. 4:06-CV-01407-BSM, Doc. # 65 pgs. 25-32 and Bayer's response; Doc. #73, pgs. 10-14 and Plaintiffs' reply Doc. 74 p.2 attached hereto as exhibits 1, 2 and 3 for the Court's convenience. Plaintiff's adopt the aforementioned pages of their previously filed briefs as their brief in support of this motion.

4.     The present issue regarding the one year rule is identical to the issue briefed back in September and October 2009 and no further briefing is necessary. Defendants cite the very same cases in their notice of removal that they cited in Doc. #73, pgs. 10-14. *See* Notice of Removal Doc. 1. The Court did not address the one year issue in its previous Order. Doc. 76. Attached for the Court's convenience at exhibit 4.

5.     Plaintiffs request that the Court conduct a telephone conference on an emergency basis and rule on this issue as soon as possible. The Circuit Court of Lonoke County is holding its schedule in abeyance through Friday March 19, 2010 so that the parties which have spent tremendous resources preparing this case for trial in Lonoke County may have the case remanded and try the case during the current 30 day time period set aside by the Lonoke County Circuit Court specifically for this case.

          Respectfully submitted,

          *Sara Siler for*
          PAUL BYRD #85020
          HARE, WYNN, NEWELL & NEWTON, L.L.P.
          A Limited Liability Partnership
          Metropolitan National Plaza
          4220 North Rodney Parham Road
          Little Rock, Arkansas 72212
          (501) 225-5500

          JAMES J. THOMPSON, JR.
          NOLAN E. AWBREY
          HARE, WYNN, NEWELL & NEWTON, L.L.P.
          A Limited Liability Partnership
          The Massey Building
          2920 Third Avenue North
          Birmingham, Alabama 35203
          (205) 328-5330

JERRY KELLY
KELLY LAW FIRM
118 N. Center Street
P. O. Box 500
Lonoke, Arkansas 72086
Phone (501) 676-5770

and

R. Margaret Dobson
DOBSON LAW FIRM
206 South Main St.
Sheridan, Arkansas  72150

Attorneys for the Plaintiffs


By: _____
Paul Byrd, A.B.A.# 85020

## CERTIFICATE OF SERVICE

  I, Paul Byrd, do hereby certify that a true and correct copy of the foregoing has been served via US Mail and Electronic Mailing, this 16th day of March, 2010, upon:

Scott Irby
Edwin L. Lowther, Jr.
Gordon S. Rather, Jr.
WRIGHT, LINDSEY & JENNNINGS
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201

Mark E. Ferguson
Bartlit Beck Herman Palenchar & Scott, LLP
54 West Hubbard Street,
Chicago, Illinois 60610.

Eric R. Olson,
Lester C. Houtz
John M. Hughes
Glenn Summers
Bartlit Beck Herman Palenchar & Scott, LLP
1899 Wynkoop, 8th Floor,
Denver, CO 80202.

William F. Goodman, III,
Frank A. Wood, Jr.,
Douglas J. Gunn
Joseph J. Stroble
Watkins & Eager PLLC
400 E. Capitol Street, Suite 300,
Jackson, Mississippi, 39201

Larry Cook
200 Westport Drive
P. O. Box 200
Cabot, Arkansas 72023

Richard W. Ellis
ELLIS & WINTERS, LLP
P.O. Box 33550
Raleigh, North Carolina 27636

_/s/ Paul Byrd_
Paul Byrd