IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDY SCHAFER, ET AL

    vs.                    Case No. 4:10CV00167 GTE

BAYER CROPSCIENCE LP, ET AL

## ORDER OF TRANSFER

The above styled case heretofore assigned to the docket of Judge G. THOMAS EISELE on March 16, 2010, is now reassigned to the docket of Judge BRIAN S. MILLER, pursuant to the Notice of Related case filed regarding Case No. 4:06CV01407 BSM previously handled by Judge Miller and the previous removal and Motion to Remand ruled on by Judge Miller.

                                        AT THE DIRECTION OF THE COURT
                                        James W. McCormack, Clerk

                                        By: /s/ Cherie Westbrook
                                              Deputy Clerk

cc: Judges Eisele & Miller
    Cherie & Betty
    All Parties